# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**JOHN EWING,**
                    **Petitioner,**

                    vs.                                                                                  Case Number:   **10-2021**

**UNITED STATES OF AMERICA,**
                    **Respondent.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

          **IT IS ORDERED AND ADJUDGED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. Section 2255 is DENIED.  A certificate of appealability is DENIED. Case is terminated.

ENTER this 20th  day of October, 2010.

**s/Pamela E. Robinson**

_____
PAMELA E. ROBINSON, CLERK

s/S. Johnson

_____
          BY:  DEPUTY CLERK